UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID GRIFFITH,

    Plaintiff,

v.                                                          CASE NO.: 8:09-cv-1457-T-23TGW

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

## ORDER

On February 4, 2010, Magistrate Judge Thomas G. Wilson issued a report

(Doc. 18) that recommends dismissal of this action for lack of jurisdiction. The plaintiff

objects (Doc. 20) to the report and recommendation. A *de novo* determination of those

portions of the report and recommendation to which the plaintiff objects reveals that the

objections either are unfounded or otherwise require no different resolution.

Accordingly, the plaintiff's objections (Doc. 20) are **OVERRULED** and the Magistrate

Judge's report and recommendation (Doc. 18) is **ADOPTED**. This case is **DISMISSED**

for lack of jurisdiction under 42 U.S.C. § 405(g). The Clerk is directed to (1) terminate

any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on February 22, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE